997 A.2d 226

IN THE MATTER OF NICHOLAS R. MANZI,
AN ATTORNEY AT LAW.

July 20, 2010.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 10–005, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **NICHOLAS R. MANZI** of **HAWTHORNE,** who was admitted to the bar of this State in 1993, and who has been temporarily suspended from the practice of law since February 16, 2010, should be censured for violating *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to keep client reasonably informed about the status of matter), *RPC* 1.4(c) (failure to explain a matter to the extent reasonably necessary to permit the client to make informed decisions regarding the representation), and *RPC* 5.5(a) (unauthorized practice of law);

And good cause appearing;

It is ORDERED that **NICHOLAS R. MANZI** is hereby censured; and it is further

ORDERED that **NICHOLAS R. MANZI** shall continue to comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Commit tee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.